# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cv-00982-MHC
## Mt. Hawley Insurance Company v. Jackson et al
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Chambers on 10/23/2018.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 3:30 P.M.       COURT REPORTER: Judith Wolff
TIME IN COURT: 00:30                  DEPUTY CLERK: Lynn Beck
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | William Bryant representing Mt. Hawley Insurance Company<br>Bryan Busch representing LD3 Willow Way, LLC<br>Bryan Busch representing Sunshine Property Management Group, LLC<br>Laura Mirmelli representing LD3 Willow Way, LLC<br>Laura Mirmelli representing Sunshine Property Management Group, LLC |
| PROCEEDING CATEGORY: | Discovery Hearing(Non-final Pretrial Conference); |
| MINUTE TEXT: | The Court conducted a telephone conference regarding a discovery dispute. See transcript for details. |
| HEARING STATUS: | Hearing Concluded |